IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CAPITAL SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE & CO., WELLS FARGO BANK, N.A., WELLS FARGO & CO., COMPASS BANK, AND BBVA COMPASS BANCSHARE, INC., <br><br> Defendants. | Civil Action No. 2:12-CV-00604 |

## NOTICE OF APPEARANCE

The undersigned counsel, E. Danielle T. Williams, is a member of the Bar of this Court and hereby gives notice of her appearance as counsel for Wells Fargo Bank, N.A. and Wells Fargo & Co.

This 11th day of October, 2012.

/s/ E. Danielle T. Williams

E. Danielle T. Williams (NC Bar 23283)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, North Carolina 27101
(336) 607-7300
(336) 607-7500 (fax)
Email: dtwilliams@kilpatricktownsend.com

*ATTORNEY FOR DEFENDANTS WELLS FARGO BANK, N.A. AND WELLS FARGO & CO.*

US2008 3206717.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 11, 2012.

/s/ E. Danielle T. Williams