IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CAPITAL SECURITY SYSTEMS, INC., § § §<br>Plaintiff, § §<br>v. § §<br>JPMORGAN CHASE BANK, N.A., § JPMORGAN CHASE & CO., WELLS § FARGO BANK, N.A., WELLS FARGO § & CO., COMPASS BANK, AND BBVA § COMPASS BANCSHARE, INC., § §<br>Defendants. § | Civil Action 2:12-cv-604-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff Capital Security Systems, Inc. and Defendants JPMorgan Chase Bank NA, JPMorgan Chase & Co., Wells Fargo Bank NA, Wells Fargo & Co., Compass Bank and BBVA Compass Bancshare, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Capital Security Systems, Inc. and Defendants JPMorgan Chase Bank NA, JPMorgan Chase & Co., Wells Fargo Bank NA, Wells Fargo & Co., Compass Bank and BBVA Compass Bancshare, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "AGREEMENT" and dated November 13, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 20th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE